UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| IRIX Pharmaceuticals, Inc. ) | |
| ) | C/A No. 4:07-cv-04148-RBH |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| Cylene Pharmaceuticals, Inc. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the provisions of 41, Federal Rules of Civil Procedure, the suit against Defendant, Cylene Pharmaceuticals, Inc. is hereby dismissed with prejudice. The Counterclaim against IRIX Pharmaceuticals, Inc. is dismissed with prejudice.

|  |  |
|---|---|
|  | S/ R. Bryan Harwell |
|  | R. BRYAN HARWELL |
| Florence, SC | UNITED STATES DISTRICT JUDGE |
| February 22, 2008. | |

I SO MOVE:                         I CONSENT:

WILLCOX, BUYCK, & WILLIAMS, P.A.          FOLKENS LAW FIRM, P.A.

By:     /s/ Reynolds Williams                By:     /s/ Louis D. Nettles
    Reynolds Williams #4695                          Louis D. Nettles # 2521
    PO Box 1909                                      PO Box 6139
    Florence, SC 29503-1909                          Florence, SC 29502-6139
    (843) 662-3258 - Tel                             (843) 665-0100
    (843) 662-1342 - Fax
    Email: Reynolds@WillcoxLaw.com                   Attorney for Defendant
    Attorney For Plaintiff